IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00089-ZLW

KEITH L. WASHINGTON,

    Applicant,

v.

RENE G. GARCIA, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2010

GREGORY C. LANGHAM
CLERK

## ORDER

The matter before the Court is the Letter that Mr. Washington submitted to the Court on March 17, 2010. The Court has reviewed the Letter and finds that it is a third request by Mr. Washington for this Court to reconsider the Order of Dismissal entered on March 1, 2010. The Court again finds no basis for reinstating this action. For the reasons stated in the Court's orders entered on March 12 and 17, 2010, the request is denied.

The Court notes that Mr. Washington has filed five pleadings seeking reconsideration of the Court's March 1 Order of Dismissal. A review of the docket in Mr. Washington's criminal case, *Washington v. United States*, No. 05cr00396 (N. D. Ill. Mar. 16, 2006), indicates that Mr. Washington continued to file multiple pleadings challenging the validity of his sentence after the sentencing court had entered an order denying his challenge and had explained to him why his challenge was denied. Finally, on February 10, 2010, the sentencing court instructed Mr. Washington that any further

filings "would be looked upon with disfavor." *Washington*, No. 05cr00394 at Doc. No. 77.

This Court warns Mr. Washington that the issues he has presented to the Court have been decided and that any further requests for reconsideration of the Court's decision to dismiss this action may be considered abusive. Accordingly, it is

ORDERED that the Letter (Doc. No. 19) Mr. Washington submitted to the Court on March 17, 2010, is a third request for the Court to reconsider the Order of Dismissal entered on March 1, 2010. It is

FURTHER ORDERED that the third request for reconsideration is denied.

DATED at Denver, Colorado, this  18th  day of  March , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00089-ZLW

Keith L. Washington
Reg No. 17831-424
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/19/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk